# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-129 |
| AMERATEX ENERGY, INC., LEWIS OIL CORPORATION, LEWIS OIL COMPANY, THOMAS A. LEWIS, WILLIAM R. FORT, DAMON L. FOX, and BRIAN W. BUL, | § § § § § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 22, 2018, the report of the Magistrate Judge (Dkt. #24) was entered containing proposed findings of fact and recommendations that Plaintiff Securities and Exchange Commission's (the "SEC") Unopposed Motion to Enter Judgment against Defendants AmeraTex Energy, Inc., Lewis Oil Corporation, Lewis Oil Company, and Thomas A. Lewis (collectively, the "Settling Defendants") (the "Motion") (Dkt. #22) be granted. *See id*.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

The SEC filed suit on (Dkt. #1) on February 27, 2018, alleging violations of the federal securities laws against the Settling Defendants, as well as Defendants William R. Fort, Damon L.

Fox, and Brian W. Bull (collectively, "Defendants"). The SEC has reached a settlement with each of the Settling Defendants, and the Settling Defendants have executed consents (the "Consents"), representing that each: (1) has waived service of a summons and the complaint in this action; (2) enters a general appearance in this matter; and (3) admits the Court's jurisdiction over them. *See* Dkts. 22, 22-1. The Consents also represent that each of the Settling Defendants consents to the entry of final judgment as set forth in the Consents (Dkt. #22-1) and in the proposed final judgments submitted with the Motion (Dkts. #22-3-22-6).

Among other things, the proposed final judgments seek the issuance of permanent injunctions against the Settling Defendants. *See id*. As set forth in the Motion and its accompanying attachments, the SEC moves, under Federal Rule of Civil Procedure 54(b), for entry of final judgments and permanent injunctions against Defendants AmeraTex Energy, Inc., Lewis Oil Corporation, Lewis Oil Company, and Thomas A. Lewis. *See* Dkt. #22.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the SEC's Unopposed Motion to Enter Judgment against Defendants AmeraTex Energy, Inc., Lewis Oil Corporation, Lewis Oil Company, and Thomas A. Lewis (Dkt. 22), as set forth in the proposed final judgments (Dkts. 22-3-22-6) is **GRANTED**.

    **IT IS SO ORDERED**.
    **SIGNED this 18th day of June, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE