# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-129 |
| AMERATEX ENERGY, INC., LEWIS OIL CORPORATION, LEWIS OIL COMPANY, THOMAS A. LEWIS, WILLIAM R. FORT, DAMON L. FOX, and BRIAN W. BUL, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge entered in this matter, it is hereby **ORDERED, ADJUDGED, and DECREED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in the entry of a separate final judgment with respect to Defendants AmeraTex Energy, Inc., Lewis Oil Corporation, Lewis Oil Company, and Thomas A. Lewis.

A final judgment and permanent injunction, as set forth in the proposed final judgments (Dkts. 22-3-22-6), is entered as to these Defendants only, Plaintiff's claims against Defendants William R. Fort, Damon L. Fox, and Brian W. Bull remain pending at this time.

**IT IS SO ORDERED**.

SIGNED this 18th day of June, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE