IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § **Plaintiff,** § § v. § § **AMERATEX ENERGY, INC., LEWIS** § **OIL CORPORATION, LEWIS OIL COMPANY,** § **THOMAS A. LEWIS, WILLIAM R. FORT,** § **DAMON L. FOX, and BRIAN W. BULL,** § § **Defendants** § | Case No.: 4:18-cv-00129 |

## NOTICE OF INTENTION TO ENTER BIFURCATED SETTLEMENT

Plaintiff Securities and Exchange Commission (the "Commission") submits this Notice with regard to the Rule 16 Management Conference scheduled for Wednesday, June 26, 2019. At this time, all defendants except for Brian Bull have entered into bifurcated settlements that resolve the liability phase of this litigation. Counsel for Brian Bull has informed counsel for the Commission that Defendant Bull will also execute a consent to bifurcated settlement in this case. The parties anticipate filing Defendant Bull's executed consent within the next two weeks. Thereafter, the Commission will submit a motion for monetary remedies as to all defendants.

THEREFORE the parties request that the Court cancel the Rule 16 Management Conference set for Wednesday, June 26, 2019.

June 25, 2019                                          Respectfully submitted,


                                                       *s/Matthew J. Gulde*
                                                       Matthew J. Gulde
                                                       Illinois Bar No. 6272325
                                                       Sarah S. Mallett
                                                       Texas Bar No. 24078907

James E. Etri
Texas Bar No. 24002061
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry St., Unit #18
Fort Worth, TX 76102-6882
(817) 978-1410
(817) 978-4927 (fax)
guldem@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2019, a copy of foregoing *Notice of Intention to Enter Bifurcated Settlement* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 *s/Matthew J. Gulde*_____
                                                 Matthew J. Gulde