# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | ACTION NO. 4:18-CV-129 JUDGE MAZZANT/JUDGE JOHNSON |
| AMERATEX ENERGY, INC., LEWIS OIL CORPORATION, LEWIS OIL COMPANY, THOMAS A. LEWIS, WILLIAM R. FORT, DAMON L. FOX, and BRIAN W. BULL, | § § § § § § | |
| Defendants. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 17, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #35) that Plaintiff Securities and Exchange Commission's ("SEC") Unopposed Motion to Enter Agreed Partial Judgment against Defendant Damon L. Fox ("Fox") (Dkt. #34) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the SEC's Unopposed Motion to Enter Agreed Partial Judgment against Defendant Damon L. Fox (Dkt. #34) is hereby **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** this 30th day of July, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE